UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20404-CR-COOKE/GOODMAN

18 U.S.C. § 371
18 U.S.C. § 1542
18 U.S.C. § 982(a)(6)

FILED by _____ D.C.

JUN 1 3 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIA

UNITED STATES OF AMERICA

vs.

EVGENY KOVTUNENKO,
   a/k/a "Evgeny Sokolov,"

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit an Offense Against the United States
### (18 U.S.C. § 371)

Beginning at least as early as on or about March 17, 2013, the exact date being unknown to the Grand Jury, and continuing through on or about August 26, 2015, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**EVGENY KOVTUNENKO,**
**a/k/a "Evgeny Sokolov,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for the use of another,

contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, and to achieve the objects and purpose thereof, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about November 14, 2014, in a passport application for a minor child, **EVGENY KOVTUNENKO** falsely and fraudulently represented that he had personally witnessed the non-applying parent sign the DS-3053 Statement of Consent when he had not personally witnessed the non-applying parent sign the DS-3053 Statement of Consent.

2. On or about December 15, 2014, in a passport application for a minor child, **EVGENY KOVTUNENKO** falsely and fraudulently represented that he had personally witnessed the non-applying parent sign the DS-3053 Statement of Consent when he had not personally witnessed the non-applying parent sign the DS-3053 Statement of Consent.

3. On or about August 20, 2015, in a passport application for a minor child, **EVGENY KOVTUNENKO** falsely and fraudulently represented that he had personally witnessed the non-applying parent sign the DS-3053 Statement of Consent when he had not personally witnessed the non-applying parent sign the DS-3053 Statement of Consent.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-7
### Making a False Statement in Passport Application
### (18 U.S.C. § 1542)

On or about the dates enumerated as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**EVGENY KOVTUNENKO,**
a/k/a "Evgeny Sokolov,"

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that he represented that he had personally witnessed a non-applying parent sign the DS-3053 Statement of Consent on behalf of a passport applicant, when in truth and in fact, and as he then and there well knew, he had not personally witnessed a non-applying parent sign the DS-3053 Statement of Consent on behalf of a passport applicant.

| Count | Approximate Date | Passport Applicant |
|---|---|---|
| 2 | November 14, 2014 | D.G. |
| 3 | December 5, 2014 | M.M. |
| 4 | December 15, 2014 | K.K. |
| 5 | December 15, 2014 | P.K. |
| 6 | August 20, 2015 | E.E. |
| 7 | August 26, 2015 | Z.D. |

In violation of Title 18, United States Code, Sections 1542 and 2.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **EVGENY KOVTUNENKO,** has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1542, as alleged in Counts 2 through 7 of this Indictment, the defendant shall forfeit to the United States the following:

      a)     any conveyance, including any vessel, vehicle, or aircraft used in the commission of such violation; and

      b)     any property, real or personal,

3

      i.      that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; or

      ii.     that was used to facilitate, or intended to be used to facilitate, the commission of such violation.

All pursuant to Title 18, United States Code, Sections 982(a)(6), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

                                              A TRUE BILL

                                              FOREPERSON

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| EVGENY KOVTUNENKO, a/k/a "Evgeny Sokolov," | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| Defendant. _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)          Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   Yes
   List language and/or dialect   Russian

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days     | x   | Petty   | ___ |
   | II  | 6 to 10 days    | ___ | Minor   | ___ |
   | III | 11 to 20 days   | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days   | ___ | Felony  | x   |
   | V   | 61 days and over| ___ |         |     |

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   x No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   x No

_____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0052716

\*Penalty Sheet(s) attached                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** EVGENY KOVTUNENKO a/k/a "Evgeny Sokolov"

**Case No:** _____

Count: 1

Conspiracy to Commit an Offense Against the United States

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Counts: 2-7

False Statement in Passport Application

Title 18, United States Code, Section 1542

**\*Max. Penalty:** 15 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**